# Notice Recipients

| District/Off: 0208−1 | User: admin | Date Created: 2/18/2025 |
| Case: 25−10297−jpm | Form ID: 309C | Total: 73 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | STOEVER, GLASS & CO., INC. | 30 Wall Street    New York, NY 10005 |
| ust | United States Trustee | Office of the United States Trustee − NY    Alexander Hamilton Custom House    One Bowling Green, Room 534    New York, NY 10004−1408 |
| tr | Albert Togut | Togut Segal & Segal, LLP    One Penn Plaza    Suite 3335    New York, NY 10119 |
| aty | Julie B. Wlodinguer | Reitler Kailas & Rosenblatt LLP    885 Third Avenue, 20th Floor    Ste 20th Floor    New York, NY 10022 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | Office of Legal Affairs    375 Pearl Street, 30th Floor    New York, NY 10038 |
| 8545397 | 30 W.S. L.L.C. | c/o The Pyne Companies Ltd.    30 Wall Street    Suite 1100    New York, NY 10005 |
| 8545398 | A T & T | PO Box 5014    Carol Stream, IL 60197−5014 |
| 8545399 | Arthur J Gallagher & Co. | 200 Jefferson Park    Whippany, NJ 07981 |
| 8545400 | Atlantic 30 Wall Tenant LLC | 217 Broadway, Suite 700    New York, NY 10007    Baker & McKenzie LLP    c/o Glenn Fox    452 Fifth Avenue |
| 8545401 | Barry Gothelf | 226 RUCKMAN ROAD    CLOSTER NJ 07624−2108 |
| 8545402 | Bloomberg Finance LP | P.O. Box 416604    Boston, MA 02241−6604 |
| 8545403 | Bonddesk Trading LLC | c/o Tradeweb Markets LLC    1177 Avenue of the Americas    New York, NY 10036 |
| 8545404 | Brookfield Properties Retail | 350 North Orleans Street    Suite 300    Chicago, IL 60654 |
| 8545405 | Brunelle & Hadjikow P.C. | 42 Broadway, 12th Floor    New York, New York 10004 |
| 8545406 | Carlson Law, P.A. | 1000 5th Street, Suite 1314    Miami Beach, FL 33139 |
| 8545407 | Carol Davidson | 440 W BROADWAY APT 1C    LONG BEACH NY 11561−3109 |
| 8545408 | Chubb & Son | P.O. Box 382001    Pittsburgh, PA 15250−8001 |
| 8545409 | Chubb Group of Insurance Companies | 202B Hall's Mill Road    Whitehouse Station, NJ 08889 |
| 8545410 | Citibank CBO Services | P.O. Box 6201    Sioux Falls, SD 57117 |
| 8545411 | Cogent Communications | PO Box 791087    Baltimore, MD 21279−1087 |
| 8545412 | Corey Schwartz | 600 NW 7TH AVENUE    BOCA RATON FL 33486−3516 |
| 8545413 | Crocker Mizner Park IV, Ltd. | 327 Plaza Real, Suite 315    Boca Raton, FL 33432 |
| 8545414 | Estate of Frederick Stoever | c/o Paula Styles, Executor    516 Dudley Court    Westfield, NJ 07090 |
| 8545416 | FINRA | 5200 Town Center Circle, Suite 200    Boca Raton, FL 33486− 101 |
| 8545417 | FINRA | PO Box 418911    Boston, MA 02241−8911 |
| 8545418 | FINRA Dispute Resolution | Brookfield Place    200 Liberty Street    New York, NY 10281 |
| 8545415 | Fabkom, Inc. | 4 Marshalls Road    Frenchtown, NJ 08825 |
| 8545419 | First−Citizens Bank & Trust Co | 21146 Network Place    Chicago, IL 60673−1211s |
| 8545420 | Florida Department of Revenue | 5050 West Tennessee Street    Tallahassee, FL 32399 |
| 8545421 | Fox Rothschild, LLP | c/o David A. Gehn and Fawn A. Lee    101 Park Ave., 17th Floor    New York, NY 10178 |
| 8545422 | Francis Xavier Schiavetti | 18805 Windy Point Dr    Cornelius, NC 28031 |
| 8545423 | Glacier Communications, Inc. | 65 Broadway, Suite 1802    New York, NY 10006 |
| 8545424 | Gregory Olmo | 14250 SW 24TH ST    DAVIE, FL 33325−5033 |
| 8545425 | Horowitz & Ullmann, P. C. | 232 Madison Avenue, Suite 1200    New York, NY 10016 |
| 8545426 | ICE Bonds Securities Corp. | P.O. Box 936523    Atlanta, GA 31193−6523 |
| 8545427 | ICE Data Pricing & Reference Data, LLC | P O Box 74008641    Chicago, IL 60674−8641 |
| 8545428 | IRS | Centralized Insolvency Operation    Post Office Box 7346    Philadelphia, PA 19101−7346 |
| 8545429 | John Black Morgan | 34 Merle Place    Deer Park, NY 11729 |
| 8545430 | Joseph Simkin CPA | 7 Bretton Ridge    Bedford Corners, NY 10549 |
| 8545431 | Joshua Goldglantz−Gunster | 4855 TECHNOLOGY WAY STE 630    BOCA RATON FL 33431−5184 |
| 8545432 | Kelley Kronenberg, P.A. | 220 Alhambra Circle, Suite 410    Coral Gables, FL 33134 |
| 8545433 | Lindsey Olmo | 14250 SW 24TH ST    DAVIE FL 33325−5033 |
| 8545436 | MCDonald Information Services, Inc. | 41 Vreeland Avenue, Suite 233    Totowa, NJ 07512 |
| 8545434 | Marizel Schiavetti | 18805 Windy Point Drive    Cornelius, NC 28031 |
| 8545435 | Market Axess Corporation | 55 Hudson Yards Floor 15    New York NY 10001 |
| 8545437 | Michael Carrigg | 1195 Purchase Brook Road    Southbury, CT 06488 |
| 8545438 | Milner, Inc. | P.O. Box 41602    Philadelphia, PA 19101−1602 |
| 8545439 | Milner, Inc. | PO Box 923197    Norcross, GA 30010−3197 |
| 8545440 | Munibrokers LLC | 55 Hudson Yards Floor 15    New York NY 10001 |
| 8545441 | Municipal Securities Rulemaking Board | 1300 I Street NW, Suite 1000    Washington, DC 20005 |
| 8545442 | Municipal Securities Rulemaking Board | PO Box 79864    Baltimore, MD 21279−0864 |
| 8545444 | NCIC Computer Consulting Inc. | 40 Wall Street, 28th floor    New York, NY 10005 |
| 8545446 | NYC Tax Commission | 1 Centre St Ste 936    New York, NY 10007 |
| 8545443 | Nan D. Derasmi | 22 THOMAS FARM LN    LONG VALLEY NJ 07853−3840 |
| 8545445 | Neopost USA, Inc. | PO Box 6813    Carol Stream, IL 60197−6813 |
| 8545447 | Options Price Reporting Authority LLC | P.O. Box 775625    Chicago, IL 60677−5625 |

| | | | |
|---|---|---|---|
| 8545448 | Pershing LLC | One Pershing Plaza | Jersy City, NJ 07399 |
| 8545449 | Quadient Finance USA, Inc. | PO Box 6813 | Carol Stream, IL 60197–6813 |
| 8545450 | Reitler Kailas & Rosenblatt LLP | 885 Third Avenue, 20th Floor | New York, NY 10022–4834 |
| 8545451 | Rennert Vogel Mandler & Rodriguez, P.A. | 100 SE 2nd Street | Miami, FL 33131 |
| 8545452 | Robin Schwartz | 600 NW 7TH AVE | BOCA RATON FL 33486–3516 |
| 8545453 | SAN MAREL DESIGNS INC. | 22 THOMAS FARM LANE | LONG VALLEY NJ 07853 |
| 8545457 | SIPC | P.O. Box 92185 | Washington, DC 20090–2185 |
| 8545460 | STS Program Management, Inc. | 7111 Fairway Drive, Suite 402 | Palm Beach Gardens, FL 33418 |
| 8545456 | Securities Investor Protection Corporation | 1667 K St. N.W., Suite 1000 | Washington, DC 20006 |
| 8545454 | Securities and Exchange Commission | 100 F St NE | Washington, DC 20002–4251 |
| 8545455 | Securities and Exchange Commission | New York Division    100 Pearl St.    Suite 20–100    New York, NY 10004 | |
| 8545458 | Sonn Law Group, P.A. | c/o Jeffrey R. Sonn, Esq.    One Turnberry Place    19495 Biscayne Blvd. Suite 607    Miami, FL 33180 | |
| 8545459 | Stark & Stark | P.O. Box 5315 | Princeton, NJ 08543 |
| 8545461 | Tradeweb Direct LLC | P.O Box 28858 | New York, NY 10087–8858 |

TOTAL: 73