**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Case No.: 1:25-bk-10297-JPM |
| | Chapter 7 |
| STOEVER, GLASS & CO., INC., | |
| Debtor. | |

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lauren Friend McKelvey, request admission, ***pro hac vice***, before the Honorable Judge John P. Mastando III, to represent Stoever, Glass & Co., Inc., the Debtor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Virginia and District of Columbia, and the bar of the U.S. District Courts for the District of Columbia, Eastern District of Texas, Northern District of Texas, Eastern District of Virginia, and Western District of Virginia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: February 18, 2025

/s/ Lauren Friend McKelvey
Lauren Friend McKelvey
Reitler Kailas & Rosenblatt LLP
*Mailing address:*
885 Third Avenue - 20th Floor
New York, NY 10022
*E-mail address*: lmckelvey@reitlerlaw.com
*Telephone number:* (212) 209-3037
*Office address:*
11921 Freedom Drive, Suite 550
Reston, Virginia 20190